JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DENT,<br><br>    Plaintiff,<br><br>    v.<br><br>POST MASTER GENERAL,<br><br>    Defendant. | Case No. 2:19-cv-00674-GW (SHK)<br><br>**JUDGMENT** |

  Pursuant to the Order presented by the United States Magistrate Judge Denying Emergency Injunction Without Prejudice,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 5, 2019

                 */s/ George H. Wu*
                 HONORABLE GEORGE H. WU
                 United States District Judge